UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 17-30828-EDK |
| BRIAN T. DESROSIERS ) | |
|                            Debtor ) | |

# EXHIBIT "A"

## NOTICE OF INTENDED PRIVATE SALE OF PROPERTY
## SOLICITATION OF COUNTEROFFERS
## DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS
## AND HEARING DATE

<u>Within fifteen days of the Court's allowance of the This Motion</u> **IS THE DATE OF THE PROPOSED SALE**

<u>September 26, 2018 by 4:30 p.m.</u> **IS THE DATE BY WHICH OBJECTIONS AND/OR HIGHER OFFERS MUST BE MADE**

**Notice** is hereby given, pursuant to 11 U.S.C., § 363, Fed. R. Bankr. P. 2002 (a) (2) and 6004, and MLBR Rule 2002-5 and 6004-1, that Gary M. Weiner, the duly appointed Trustee in the above case intends to sell at private sale all of the Debtor's right, title and interest in certain property of the estate.

**PROPERTY TO BE SOLD:**

The Property is located at 45 Greenleaf Street, Chicopee, Hampden County, Massachusetts ("Property").

**THE OFFER:**

The Trustee has received an offer to purchase the Property for the sum of One Hundred and Sixteen Thousand Five Hundred and 00/100 dollars ($116,500.00). In addition, the Purchaser is to pay a Buyers' Premium in the amount of $3,500.00 to the bankruptcy estate.

Page 2
In re: Brian T. Desrosiers
Case No. 17-30828-EDK
Notice of Intended Sale

**THE PROPOSED BUYER:**

The proposed buyers are Phong Ty Ly and Karina Linares or their nominee (the "Purchaser"). Upon information and belief the Purchaser has no connection with the Debtor and is not an insider as that term is defined in 11 U.S.C. § 101 (31).

**THE SALE DATE:**

The sale shall take place **within fifteen days** of the Court's allowance of the Trustee's Motion for Order Authorizing and Approving Private Sale of Property of the Estate ("Motion to Approve Sale"). The terms of the proposed sale are more particularly described in the Motion to Approve Sale filed with the Court on August 27, 2018

**SALE FREE AND CLEAR OF LIENS:**

The Property will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS:**

Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at 300 State Street, Suite 220, Springfield, Massachusetts, 01105 on or before **September 26, 2018 at 4:30 p.m.** (the" Objection Deadline").  A copy of the objection or higher offer shall be served upon the undersigned and the Purchaser, Daniel Kozlov in care of his attorney, Brian Shea, Esq., 67 Hunt Street Suite 107, Agawam, MA 01001.  Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr.P. 9014.

Page 3
In re: Brian T. Desrosiers
Case No. 17-30828-EDK
Notice of Intended Sale

Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be no less than $122,235.00 and accompanied by a cash deposit of $5,000.00 in the form of a certified or bank check made payable to the undersigned. Higher offers must be on the same terms and conditions note herein inclusive of a payment of $5,000.00 or higher to the Estate to facilitate the sale.

**HEARING:**

A hearing on the Motion to Approve Sale, objections or higher offers is scheduled to take place on **Thursday October 4, 2018 @ 10:30 a.m.** before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 State Street, Berkshire Courtroom, Springfield, Massachusetts 01105. Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken.

The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may 1) consider any requests to strike a higher offer, 2) determine further terms and conditions of the sale, 3) determine the requirements for further competitive bidding and 4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT:**

The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

Page 4
In re: Brian T. Desrosiers
Case No. 17-30828-EDK
Notice of Intended Sale

Any questions concerning the intended sale shall be addressed to the undersigned.

          GARY M. WEINER, ESQ., Trustee for the
          Estate of Brian t. Desrosiers
          By and through his counsel,

          /s/ Gary M. Weiner, Esq.
          Gary M. Weiner, Esq., BBO # 548341
          WEINER LAW FIRM, P.C.
          1441 Main Street Suite 610
          Springfield, MA 01103
          Tel. No. (413) 732-6840
          GWeiner@weinerlegal.com
          Date:  August 27, 2018