UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) Case No. 17-30828-EDK |
| BRIAN T. DESROSIERS | ) |
|  | ) |
| Debtor | ) |
|  | ) |

**ORDER ON MOTION FOR ORDER AUTHORIZING AND APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE**
**(45 Greenleaf Street, Chicopee, Massachusetts)**

This matter having come before the Court upon the Motion of Gary M. Weiner, Chapter 7 Trustee seeking an order authorizing and approving private sale of property of the estate pursuant to 11 U.S.C. § 363, Fed.R.Bankr.P.2002(a)(2) and 6004 and MLBR Rule 2002-5 and 6004-1, the estate's interest in certain real property identified as 45 Greenleaf Street, Chicopee, Hampden County, Massachusetts (hereinafter "Real Property"), free and clear of all liens, encumbrances and claims of every kind and description, "as is" and "where is" to Phong Thai Ly and Karina Linares (the "Buyers") or their nominee, for the sum of $116,500.00 plus a buyer's premium of $3,500.00; and the Court finding that notice has been properly given to parties in interest; and the Court finding that the sale, on the terms in the Motion is appropriate; and the Court finding that the buyer is a good faith purchaser as that term is used in 11 U.S.C. §363, and entitled to protections provided in such section and further that the sale has been made as an arms-length transaction.

The Court finds that the Motion constitutes a core proceeding, pursuant to 28 U.S.C. §157(b)(2)(N), and that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334. The Court further finds that the sale is authorized under 11 U.S.C. §363(b) (f) and (m) and for good cause shown, it is hereby:

ORDERED that the Trustee's Motion shall and hereby is allowed and the Trustee is authorized to sell the Bankruptcy Estate's interest in the Real Property that was originally acquired by the Debtor, Brian T. Desrosiers on June 21, 2016 in a deed recorded in Book 21228 Page 141 in the Hampden County Registry of Deeds pursuant to 11 U.S.C. §363(b) and (f) free

In re: Brian T. Desrosiers
Case No. 17-30828-EDK
Order on Private Sale of Property
Page 2

and clear of all liens and encumbrances for the sum of $116,500.00 to Phong Thai Ly and Karina Linares or their nominee no later than sixty (days) after the entry of this Order ; and it is further

ORDERED that the Trustee shall be authorized to accept a carve-out of $4,000.00 from the proceeds of the sale of the property pursuant to 11 U.S.C. §506(c) plus accept an additional $3,500.00 from the Buyer; and it is further

ORDERED that the Trustee is authorized to make payments from the sale proceeds to CitiMortgage, Inc., (in the minimum amount of $101,000.00) and for ordinary closing costs, real estate taxes and the Brokers' commission of 6.00% of the sale price of $116,500.00; and

ORDERED that the Trustee is authorized to prepare, execute and deliver any and all documents, including without limitation, deeds and settlement statements, and to perform any and all acts necessary to conduct and close the sale of the real property referenced herein, whether such documents are known now or become known and necessary in the future; and

The hearing set for November 1, 2018 is canceled.

_____  10/30/2018
Elizabeth D. Katz          Dated
United States Bankruptcy Judge